2012-28413
FILED
May 25, 2012
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0004250793

3

Gregory M. Weinstein (*pro hac vice*)
**LANGLEY WEINSTEIN LLP**
901 Main Street, Suite 600
Dallas, Texas 75202
gweinstein@lwllp.com
Telephone: 214-722-7160
Facsimile: 214-722-7161

**SALAMIRAD MORROW P.C.**
Michael J. Timpane, Bar No. 115238
Laurie Svitenko, Bar No. 203289
101 California Street, Suite 2450
San Francisco, California 94111
Telephone: (415) 946-8991
Facsimile: (415) 946-8993
mt@salamiradmorrow.com

Attorneys for Creditor
THE GUARANTEE COMPANY
OF NORTH AMERICA, USA

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| In re:<br><br>F. Rodgers Corporation,<br><br>    Debtor,<br><br>The Guarantee Company of North America, USA,<br><br>    Movant,<br><br>v.<br><br>F. Rodgers Corporation, Debtor, and Michael D. McGranahan, Trustee,<br><br>    Respondents. | CASE NO. 12-28413<br><br>DC No.: GDW-001<br><br>Chapter 7<br><br>**ORDER ON <u>EMERGENCY MOTION FOR RELIEF FROM THE AUTOMATIC STAY</u>**<br><br>**Date:** May 21, 2012<br>**Time:** 10:00 a.m.<br>**Place:** Sacramento Division<br>      501 I Street, 7th Floor<br>      Sacramento, CA 95814<br>      Courtroom 28<br>**Judge:** Michael S. McManus |

RECEIVED
May 23, 2012
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0004250793

An emergency motion for relief from the stay of 11 U.S.C. § 362(a) having been heard at the above referenced time with appearances as noted in the court minutes,

IT IS ORDERED,

upon review of the evidence presented, that the automatic stay is terminated upon the signing of this order to allow the Movant to mitigate its exposure under the bonds and preserve the contract balances by facilitating the completion of the projects, including collecting the contract balances;

IT IS FURTHER ORDERED,

that the Movant provide an accounting of bonded contract funds it causes to be used to complete the bonded projects described in the attached Exhibit "A" (the "Projects") to the Chapter 7 Trustee and Creditor Wells Fargo Bank, National Association;

IT IS FURTHER ORDERED,

that the Movant provide an accounting of any inventory of the Debtor stored on-site at the Projects to the Chapter 7 Trustee and Creditor Wells Fargo Bank, National Association that the Movant intends to use to complete the Projects;

IT IS FURTHER ORDERED,

that the Movant provide an accounting to the Chapter 7 Trustee and Creditor Wells Fargo Bank, National Association of any inventory of the Debtor on-site at the Projects where the Debtor has received payment for such inventory.

APPROVED AS TO FORM:

By: [signature] 5-22-12
Carl W. Collins
Counsel for Chapter 7 Trustee

By: /s/ Jesse H. Austin, III   5-23-12
Jesse H. Austin, III
Counsel for Wells Fargo Bank, N.A.

Dated: May 25, 2012

By the Court:

[signature]
Michael S. McManus
United States Bankruptcy Judge

ORDER ON EMERGENCY MOTION FOR RELIEF FROM THE AUTOMATIC STAY

# F. Rodgers Corporation

| NO. | BOND NO. | CLAIM NO. | PROJECT | OBLIGEE | SCOPE | ORIGINAL CONTRACT VALUE |
|---|---|---|---|---|---|---|
| **BONDED PROJECTS** | | | | | | |
| 1 | US12075675 | | Coastline Community College Newport Beach | Coast Community College District | | $ 957,788 |
| 2 | US12080873 | | MIT Elders Center | BN Builders | | $ 89,322 |
| 3 | US12075649 | | LAUSD - S. Region 7 ES - #10 | Taisei Construction Corp. | Roofing | $ 327,240 |
| 4 | US12068467 | | PALM SPRINGS USD / RANCHO MIRAGE HS #4 | McCarthy Building Companies, Inc. | Building Insulation, Toilet Partitions & Accessories | $ 2,976,234 |
| 5 | US12070206 | | UC San Diego Central Plant Basement | University of California | | |
| 6 | US12068448 | U 12030101 | DCA Cars Land IDP GC Services | Clark Construction Group | Roofing | $ 934,160 |
| 7 | US12073358 | U 12030097 | Hemet High School Phase 2 | Balfour Beatty | Roofing & Specialty Misc. Metals | $ 677,542 |
| 8 | US12076669 | U 12030009 | California Proton Treatment Center | Brady Company | Expansion Joints | $ 142,410 |
| 9 | US12070211 | U 12030102 | LAUSD Valley Region Span K8#1 | McCarthy Building Companies, Inc | Roofing | $ 555,000 |
| 10 | US12073404 | U 12030099 | UCSD Biomedical Research Facility 2 | McCarthy Building Companies, Inc | Building Insulation & Firestopping | $ 79,793 |
| 11 | US12054187 | | Palomar Medical Center West | University Mechanical & Engineering Contractors | Insulation | $ 2,634,343 |
| 12 | US12068477 | | Neiman Marcus Broadway Plaza | Swinerton Builders | Roofing | $ 454,595 |
| 13 | US12070240 | | Timpanogos SSD 2009 | MMC, Inc | Mechanical Insulation | $ 303,945 |
| 14 | US12073373 | U 12030091 | Laughlin WRF Aeration Piping | Sletten Construction of Nevada | Mechanical Insulation | $ 7,357 |
| 15 | US12078918 | U 12030096 | Kaiser Oakland Medical Center | McCarthy Building Companies, Inc. | Above Ceiling and Door Frame Insulation | $ 387,911 |
| 16 | US12073367 | | Jefferson Oaks Housing | JH Fitzmaurice | Roofing & Building Insulation | $ 93,332 |
| 17 | US12061674 | | VA Medical Center Psychiatric Hospital | McCarthy Building Companies, Inc | Roofing & Expansion Joints | $ 578,178 |
| 18 | US12065512 | | Legacy Emanuel Children's Hospital | JH Kelly | | $ 622,000 |
| 19 | US12075654 | U 12030090 | Kaiser Permanente Westside Medical | JH Kelly | | $ 48,000 |
| 20 | US12067497 | U 11030250 | Woodinville HS Modernization | Cornerstone General Contractors | Building Insulation & Ceiling | $ 398,641 |
| 21 | US12077608 | U 11030298 | WSU Veterinary Medical Research Building | Lydig Construction | Acoustical Ceiling and Panels | $ 357,427 |
| 22 | US12078891 | U 12030105 | Mason General Hospital | Hoffman Construction Company | Wood Wall & Ceilings | $ 98,487 |
| 23 | US12078892 | U 12030108 | Mason General Hospital | Hoffman Construction Company | Acoustical Ceilings | $ 239,222 |
| 24 | US12078942 | U 12030112 | Fresno Chaffee Zoo | Lyles Mechanical Co. | Mechanical Insulation | $ 22,590 |
| 25 | US12080909 | U 12030111 | Chevron Bakersfield | Lyles Mechanical Co. | Mechanical Insulation | $ 57,265 |
| 26 | US12054176 | | Southwest Water Reclamation Facility Phase 1 | Sletten Construction of Nevada | Insulation & Caulking | $ 363,562 |
| 27 | US12073390 | | Tulare Center Farm Animal & Horiculture Complex | College of the Sequoias Community College District | Insulation & Fire Caulking/Fire Stopping | $ 29,700 |
| 28 | US12068420 | | Tulare Center for Agriculture & Technology, Bid 2 | College of the Sequoias Community College District | Insulation & Fire Caulking/Fire Stopping | $ 2,002 |
| 29 | US12068421 | | Tulare Center for Agriculture & Technology, Bid 1 | College of the Sequoias Community College District | Insulation & Fire Caulking/Fire Stopping | $ 148,128 |
| 30 | US12077620 | | The High School @ College and Cannon | The Brady Company / San Diego, Inc. | Expansion Joints | $ 34,025 |
| 31 | US12063548 | | Providence Regional Medical Center - Everett | M A Mortenson Company | | $ 1,261,708 |
| 32 | US12070241 | | Sequoia Hospital | Hunt Construction Group | | $ 1,651,782 |
| 33 | US12076648 | | LAX Bradley West Core - Expansion Control & Fire Resistive Joints | Walsh Austin Joint Venture | | $ 1,136,824 |
| 34 | US12076649 | | LAX Bradley West Concourse - Expansion Control & Fire Resistive Joints | Walsh Austin Joint Venture | | |
| 35 | US12076674 | | McCarran International Airport | Sletten Construction of Nevada | | $ 58,031 |
| 36 | US12077619 | | Harmon Corner | The Penta Building Group | | $ 245,262 |
| 37 | US12078911 | U 12030056 | MLK Jr. Medical Center | Hensel Phelps Construction Co. | | $ 1,382,579 |
| 38 | US12080910 | | Cosmopolitan Marquee Service Bar | Hansen Mechanical Contractors | | $ 3,180 |
| 39 | US12080911 | | KW Duct Heater | Hansen Mechanical Contractors | | |
| 40 | US12080912 | | Wynn Flex Office Building | Hansen Mechanical Contractors | | $ 14,335 |
| 41 | US12082349 | | Army Reserve Center | Standard Drywall, Inc. | | $ 225,000 |
| **TOTALS BONDED** | | | | | | $ 18,641,112 |

**EXHIBIT A**