FILED
June 04, 2012
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0004269432

3

Carl W. Collins (State Bar No. 109282)
Attorney at Law
1127-12th Street, Suite 202
P.O. Box 3291
Modesto, California  95353
Telephone (209) 521-8100
Facsimile (209) 524-8461
E-mail: carl@cwcollinslaw.com

Attorney for Trustee
Michael D. McGranahan

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

(Sacramento Division)

| | |
|---|---|
| In re: | Case No: 12-28413 |
| F. Rodgers Corporation, dba F. Rogers Insulation Interiors, dba F. Rodgers Insulation, Inc., dba F. Rodgers Insulation Interiors, Inc., dba F. Rodgers Insulation of Texas, Inc., dba F. Rodgers Insulation Residential, Corporation, dba F. Rodgers Insulation, dba F. Rodgers Speciality Contractor, Inc., dba F. Rodgers Insulation and Specialty Contractors, Inc., dba F. Rodgers Insulation of Arizona, Inc., dba F. Rodgers Insulation of Florida, Inc., dba F. Rodgers Insulation of Oregon, Inc., dba F. Rodgers Insulation of Washington, Inc. dba F. Rodgers Insulation Residential, Inc. | Chapter 7 Case<br><br>DC No. None filed |
| 1050 E. Grant Line Road, #500 Tracy, CA 95304 | |
| Tax ID/EIN: 68-0107475 | |
| Debtor. | Date: June 18, 2012<br>Time: 10:00 a.m.<br>Place: Courtroom 28 |

**TRUSTEE'S OPPOSITION TO**

**MOTION FOR RELIEF FROM AUTOMATIC STAY**

Case 12-28413　Filed 06/04/12　Doc 71

To: The Honorable Michael S. McManus, U.S. Bankruptcy Judge:

Michael D. McGranahan, the duly qualified and acting trustee in this case, hereby objects to the Motion for Relief from Automatic Stay ("Motion") filed by Central Valley Limited Liability Company. This Opposition is based on the following grounds:

1. This Court has jurisdiction of this matter under 28 U.S.C. Sections 1334 and 157(a).

2. On April 30, 2012, the Debtor filed a voluntary petition under Chapter 7 of Title 11, United States Code, in the above-entitled Court. Michael D. McGranahan has been appointed Chapter 7 Trustee in the case.

3. The Chapter 7 Trustee contends that while the leasehold interest of the Debtor may have terminated prior to the commencement of the bankruptcy case upon proper service of the 3 day notice to quit under California Code Of Civil Procedure § 1951.2(a), the interest of the bankruptcy estate as a holdover tenant to the premises remains property of this bankruptcy estate. Central Valley Limited Liability Company did not regain actual possession of the premises by filing an unlawful detainer proceeding and obtaining a judgment for possession pursuant to California Code Of Civil Procedure § 1174(a), prior to commencement of the bankruptcy case. Thus, while there may be no lease for the Trustee to assume or reject under 11 U.S.C. § 365(a), possession of the actual premises remains property of the bankruptcy estate under 11 U.S.C. § 541, subject to the automatic stay of 11 U.S.C. § 362(a).

4. The Trustee has determined that the interests of the

bankruptcy estate in the Debtor's accounts, equipment and inventory may be insignificant given the amount and priority of the lien of Wells Fargo Bank in such assets. Nevertheless, all of the Debtor's business records, accounting records, computer server, etc. are located at the business premises at 1050 E. Grant Line Road, Suite 500, Tracy, CA 95376 for which Central Valley Limited Liability Company seeks to obtain possession. While the records may be voluminous, these records are essential for the Trustee's administration of the Chapter 7 bankruptcy estate.

    5. The Trustee seeks a reasonable opportunity to review, preserve and secure such records prior to actual possession of the premises being granted to Central Valley Limited Liability Company.

Dated: 6-4-12

Law Office of Carl W. Collins

_____
Carl W. Collins
Attorney for Trustee